1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  | MARIA CONSUELO DIAZ,          | Case No. CV 14-3762 SS |

12  |              Plaintiff,       |                        |

13  |      v.                       |                        |
                                      **JUDGMENT**
14  | CAROLYN W. COLVIN,            |                        |
      Acting Commissioner of Social
15  | Security,                     |                        |

16  |              Defendant.       |                        |

17

18

19

20       IT IS ADJUDGED that the decision of the Commissioner is

21  REVERSED and that the above-captioned action is REMANDED with

22  instructions to the Commissioner to award benefits consistent

23  with the Memorandum Decision and Order filed in connection with

24  this Judgment.

25

26  DATED:  February 13, 2015

27                                        _____/S/_____  _____
                                          SUZANNE H. SEGAL
28                                        UNITED STATES MAGISTRATE JUDGE